No. 85–1399. EDWARD HINES LUMBER COMPANY OF OREGON *v.* LUMBER & SAWMILL WORKERS LOCAL No. 2588 ET AL. C. A. 9th Cir. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 85–1414. LAPEYROUSE GRAIN CORP. ET AL. *v.* NELSON, DBA W. J. NELSON CO. Sup. Ct. Ala. Motion of petitioner to defer consideration of the petition for certiorari denied. Certiorari denied.